**Exhibit C**

# PhaZZer® vs. TASER®
# Comparison of Weapons/Outputs, Ammunition, Holsters and Camera

| Comparison | Phazzer Enforcer ® | TASER X-26 ® |
|---|---|---|
| Technical Specifications | *Note: All Outputs Are +- 20% depending on variables*<br><br>**PhaZZer Enforcer Output Characteristics:**<br><br>**Pulse Rate:** 19-22 (PPS) pulses per second<br>**Pulse Duration:** 120 < Microseconds<br>**Peak Voltage:** 55,000 > Volts (V)<br>**Loaded Voltage** 1,100 to 1,400 (V) across body nominally<br><br>**Current:** 0.0021 to 0.0026 Ampere (A) 2.3mA Average<br><br>**Wave Form:** Shaped Pulse<br>**Energy per Pulse Joules:** .095 J (joules) < = dependent on body resistance, temperature and battery level. Electrical charge can penetrate up to two cumulative inches of clothing.<br><br>**Power Source:** 7.2v Ion Lithium Rechargeable/Replaceable Battery Pack. **Approximately 3000 (5 second) discharges per battery.**<br><br>**Light Source:** Integrated 3W, 160 Lumen, **High Intensity** L.E.D. Light. Autonomous from Laser Activation and Ambidextrous.<br>**Laser:** Integrated 650nM Red Laser (Used for target acquisition)<br><br>**Temperature Range Recommended:** 32° F (0° C) to 120°F (49°C)<br>**Extreme Temperature Range:** 0° F (-18°C) to 155°F (68°C)<br><br>**Relative Humidity:** 15% to 80%<br>**Housing:** ABS High Impact Plastic | *Note: All Outputs Are +- 20% depending on variables*<br><br>**TASER X-26 Output Characteristics:**<br><br>**Pulse Rate:** 19 +1/-2.5 (PPS) pulses per second<br>**Pulse Duration:** 105-155 Microseconds<br>**Peak Voltage:** 50,000 > Volts (V)<br>**Loaded Voltage:** peak main phase 1,400 to 2,520 (1,500 to 2,250) V (volts)<br>**Current:** @ 19 PPS from main phase 0.0015 to 0.0024 (0.0021 to 0.0026) A<br><br>**Wave Form:** Complex Shaped Pulse<br>**Energy per Pulse:** 0.095 to 0.125 [0.096 to 0.122] J (joules) 19 +1/-2.5 PPS. Low temperature and low battery can significantly reduce the pulse rate. Electrical charge can penetrate up to two cumulative inches of clothing.<br><br>**Power Source:** Digital Power Magazine (DPM) A battery of two 3-volt cells giving **Approximately 195 (5 second) discharges** or approximately 100 (5 second) discharges with Taser Cam attached.<br><br>**Light Source:** Low Intensity L.E.D. Light. Simultaneous activation with Laser but is Ambidextrous.<br>**Laser:** Integrated 650nM Red Laser (Used for target acquisition)<br><br>**Temperature Range:** -4 °F [-20 °C] to 122 °F [50 °C]<br><br><br><br>**Relative Humidity:** 15% to 80%<br>**Housing:** High Impact Polymer |
| Colors Available | Yellow   All with choice of Black or Yellow rubber grip<br>Black<br>Pink<br>Virtually any client color choice – Anybody color injection molded to specific client order providing 500+ units ordered in one single delivery or production-run – This includes MilSpec Green, High Visibility Orange and any color-chart pick providing Phazzer gets an accurate Pantone or CMYK specification to work to. | Yellow   All with choices of two colors of handgrip insert<br>Black<br>Clear |

| | | |
|---|---|---|
| Physical Dimensions | **Dimensions (Without Cartridge):** 15cm (L) x 9cm (H) x 3cm (W)<br>**Ammunition Cartridge Dimensions:** 2.5cm (L) x 2.5cm (H) x 3.5cm (W)<br>**Weight w/ Cartridge:** 12 oz. (350 g) | **Dimensions (Without Cartridge):** Length (L) 6.00" [15.24 cm] Height (H) 3.20" [8.13 cm] Width (W) 1.300 [3.30 cm]<br>**Ammunition Cartridge Dimensions:** 2.5cm (L) x 2.5cm (H) x 3.5cm (W)<br>**Weight w/Cartridge:** 9 oz. (254 g) |
| Hand Grip | <br>Three finger groove with impact/shock resistant rubber sleeve for greater control and comfort.<br><br>Far better hand grip dimensions and control | <br>Two finger groove without rubber sleeve |
| Holster | PhaZZer Blade Tech Level 2 Retention Duty Belt Holster<br>Level 2 Secure Retention<br>Thermo Molded Body – protects cartridge when attached<br>Designed for the Phazzer Enforcer CEW<br>Compatible with or without the Phazzer RailCam<br>Two-Piece riveted Outer Shell that is Closed on Three Sides with a Singular Active Safety Lock (Disengaged with the Thumb)<br>Easy re-holster feels like the CEW is pulled back into the holster providing a solid snap and lock<br>Duty Belt size 2 - 3/4 Inch belt loops<br>Can be mounted opposite side for cross draw configurations<br>Left and Right Handed options available<br>Hand Made in the USA<br>MOLLE Compatible<br>Military and Law Enforcement Grade<br><br><br><br>Alternative Options: Grade A Made in USA Leather Duty Belt Holster Options Available in smooth or basket weave<br><br>Coming soon Exoskeleton designed to fit the Enforcer CEW only with Level III retention. | Taser Black Hawk X26 SERPA<br>Automatically engages safety when re-holstering<br>Holster bottom is configured to block the probes in case of accidental activation<br>Trigger and trigger guard are completely enclosed inside holster<br>Belt loop fits most duty belts<br>Extended coverage protects polycarbonate digital readout window<br>Redesigned to hold new TASER® X26 cartridge carrier (sold separately)<br>Rigid holster body delivers improved retention<br>Protects cartridge in holster<br>Available in Matte Black<br>Various Leather Duty Belt Holster Options Available<br><br> |

| | | |
|---|---|---|
| Battery | Enforcer Battery is a 7.2 volt dual ion lithium rechargeable/replaceable system. Green indicator light located below the safety switch which will change to red when the battery level is depleted by 40% leaving 60% power remaining throughout a given shift. Data information storage uses nonvolatile memory and will not be lost or corrupted if powered down or battery is removed! | Lithium DIGITAL POWER MAGAZINE (DPM) OR XDPM has onboard memory chip that maintains a record of the remaining power.<br><br>Non-rechargeable |
| Battery Gold Contacts | This is not an issue with the Enforcer because the battery plugs in with an insulated socket rather than having open or exposed electrical contacts.<br><br>PhaZZer battery pack has absolutely NO short circuit potential | Caution: Do not store the DPM anywhere that the gold contacts on the top of the DPM may touch metal objects. If the DPM is short-circuited, the DPM will malfunction and the energy lost during the short circuit will not be registered or tracked in the DPM. |
| Battery Operation: Programming Issues | The Enforcer memory can be stored at all times if the battery is left out of the device or detached for over 48 hours. However, the time/date stamp clock will need to be reset after reinstall of new battery or temporary removal of existing battery. | The TASER X26 must be stored with the DPM/XDPM inserted at all times. If the DPM/XDPM is left out of the device for an extended period of time, software in the X26 may be damaged resulting in possible failure of the device and the date/time may be reset |
| Battery Operation: Removing the DPM or Moving the Safety Switch | This is not an issue with the Enforcer as the battery is completely separate from the memory system built into the weapon. | Removing the DPM or moving the safety switch to the up (ARMED) position during the programming cycle will result in corruption of the data and the X26 will have to be returned to the factory for reprogramming. |
| Battery Operation: Environmental Comparisons | PhaZZer* battery systems are far more environmentally friendly due to the fact that it is a fully rechargeable battery. One PhaZZer* battery will allow for approx. 3,000, five second firings for the lifecycle. | These digital batteries are not environmentally friendly (Federal Government is trying and pushing to Go Green) TASER* has between 150-200 shots per battery depending on function usage i.e., LED flashlight, arc test firing & deployment. |

| | | |
|---|---|---|
| **Battery Operation: Strength of Charge Readout** | This is not an issue with the Enforcer as the battery is monitored by a single LED indicator, giving quick view of acceptable charge: and allowing the operator to have full attention placed on the perpetrator and not on a digital display. | The TASER® X26 battery digital readout must be continuously monitored while in use to assure maximum discharging has not been reached. Additionally, the readout can be incorrect if a short circuit takes place, i.e. an officer may have a dead battery and not even know it |
| **Battery Operation: Monitoring Capabilities** | The Enforcer will give an immediate battery condition check with the green LED on the rear of weapon handgrip in view for the officer using the weapon when ready to fire. If the Green LED turns red while testing or firing, the Enforcer will still, at this point, have a 60% operational charge thus providing plenty of notice during the remainder of the officer's shift. | The DPM or the XDPM are not rechargeable. The DIGITAL POWER MAGAZINE (DPM) OR XDPM has an onboard memory chip that maintains a record of the remaining power. Most agencies' policies require replacement once the battery reaches 70% or less. So in summary each agency pays X amount of money to use only 30% of a Taser battery. |
| **Battery Operation: Chargeability** | The PhaZZer® Enforcer rechargeable/replaceable battery allows for approximately 3,000 (5 second discharges). AC Adapter charger that comes with the Enforcer automatically shuts off when the battery is fully charged. | The DPM requires replacement and disposal after 195 (5 second discharges).<br>http://www.taser.com/products/military/accessories |
| **Ammunition:** | PhaZZer® offers greater versatility and various options for more than one less-lethal or non-lethal ammunition option.<br><br>Options are: electronic dart cartridges at various distances, pepper ball, rubber impact bullet, pepper powder, paint mark ball, as well as dart training cartridges at various distances. (USPTO Patent on all non dart alternative ammunitions)<br><br>PhaZZer® Ammunition is classified as "non-firearm based ammunition" as defined in the GCA by U.S. Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives (Nitrogen Propelled) | TASER® X-26 offers electronic dart cartridges at various distances as well as training dart cartridges at various distances.<br><br>NO DIRECT EQUIVALANT AVAILABLE to compete against the PhaZZer Enforcer Patented Cartridge designs however PhaZZer's special load ammunition will fit TASER X-26 and M-26 Weapon Systems.<br><br>All TASER® Ammunition is classified as "non-firearm based ammunition" as defined in the GCA by U.S. Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives (Nitrogen Propelled) |
| **Ammunition Types and Compatibility** | All PhaZZer® ammunition cartridges will effectively deploy from the TASER® X26 ECD and have been confirmed to not hamper operational effectiveness of the weapon nor cause any damage whatsoever.<br><br>PhaZZer® will NOT void its warranty if alternative brand ammunition is used in our weapon.<br>PhaZZer® vs. Taser Ammunition Compatibility Test (Govt. Access only):<br>http://www.youtube.com/watch?v=X7VmPmDvXq4 | All TASER® X26 & M26 ammunition cartridges will effectively deploy from the PhaZZer® Enforcer and all other PhaZZer® CEW does not hamper operational effectiveness of the weapon.<br><br>TASER® has announced that they will void the warranty if non TASER® brand ammunition is used in any Taser weapon. |

| | | | |
|---|---|---|---|
| Ammunition Continued...... | PhaZZer cartridges include a selection of unique new designs including hard Rubber Ball, Pepper Ball, Pepper Powder and Paintball as well as TASER* style darts<br><br>Less Lethal Ball projectiles unique to PhaZZer Enforcer<br>**Patented Design**<br>US Patent Office # 8733251 | | TASER* X-26 cartridges - Only Dart projectiles |
| **Built in LED Light:** | PhaZZer* Enforcer offers an ambidextrous switch access for high intensity 160 lumen 30+ meter beam light. This eliminates the need to use a flashlight in dark areas leaving the officer's other hand free to keep on his sidearm as a backup. Light is autonomous to the Laser Activation. | | TASER* X-26 & M-26 models have a substantially lower intensity light.<br><br>Simultaneous activation of Laser and Light. |
| **Operation**<br><br>**Simplicity: Ease of Use and Control** | The Enforcer with its simplicity is compared to the reliable Revolver of the old West. Simple quick LED visual indicator of PhaZZer* battery condition allows the officer to maintain complete sight on the perpetrator while operating the PhaZZer*. PhaZZer* Enforcer does not require digital operation or monitoring of controls as does Taser. PhaZZer* offers simple draw, safety on, point and deploy operation with ambidextrous LED light access compared to Tasers digital operation.<br>PhaZZer* Enforcer offers a three finger hand grip for greater comfort and control of the CEW. | | TASER* utilizes digital readout to monitor power operation and must be monitored by the officer during operation. This extra mental juggling to operate the Taser exposes officers to potential loss of sight of the perpetrator. TASER* offers illuminator selector button with 4 switch positions to operate the CID, the laser and flashlight both on and off in sequence leaving a substantial margin for error by drawing the officer's attention away from the perpetrator.<br>TASER* X26 offers a two finger grip. |
| **Laser Sight** | PhaZZer* Enforcer has 650nm red diode. | | TASER* X26C has a 650nm red diode. |

| Safety Shut Down Technology: | PhaZZer® Enforcer has implemented and is in the process of Patenting a "safety shutdown technology circuit" which effectively shuts the weapon down if aggregate exposure to the body exceeds 15 seconds. This precautionary safety circuit allows for three separate full 5 second trigger applications before the CEW is disarmed. The Operator can recycle the safety back switch if additional force is reasonable and necessary. Most up to date medical studies have indicated that the 15 second rule established by the AAEM is the new benchmark for safety when using a CEW into a live target in a 24 hour period. This PhaZZer® designed safety shut down circuit can be overridden by the operator if he/she feels the need to use additional force by simply recycling the safety switch. This will limit liability to the L.E.O. and agency, creating better awareness for using excessive force to the officer, and save lives if training guidelines are followed. | No automatic shutdown technology feature. The trigger activates a 5-second cycle continuously per trigger pull up to the point of battery depletion. No fail safe to regulate compliance with the AAEM rule on prolonged duration warning of 15 seconds or more exposure of shock application into the human body in 24 hour period. The cycle can only be stopped by placing the safety lever in the safe position or minimizing the number of trigger pulls based on user discretion. In the heat of the moment, it is unlikely that the user is counting the number of exposures. |
|---|---|---|
| Data port Features & Functions: | PhaZZer® Enforcer data port system contains an assigned operator selectable identification number that is programmable via a 924 MHz wireless USB interface. No need for cable connections or removal of the battery. All initial setup, programing and downloads are completed via wireless, enabling several Enforcers on the bench at one time to be programed, thus saving time for larger agencies and allows for ease of operation. This also avoids possible corruption of data due to battery removal and/or shorting of battery connections that could lead to misfire or complete failure of deployment. Wireless download software is supported by Windows® 98se, NT, 2000, XP, Vista and Windows 7® both 32 and 64 bit compatible:<br>• Data collected is in standard format and able to load directly into Microsoft Excel, Word or any other formats that allow integration of data.<br>• Enforcer data can also be uploaded to other secure data storage platforms for court retrieval evidence if necessary<br>• Software supports time and date stamp, duration of applied CEW force and serial number identification of CEW weapon used and recorded<br>• Software has security levels for administrative access use only, or standard operation and maintenance support<br>• More than 999 units can be listed on one single agency data base with individual serial number identification of CEW's in inventory<br>• Wireless interface device utilizes standard PC 2.0 USB connection for Data download and initial program setup<br> | TASER® X-26 data port download kit is a cabling hard wire connection system requiring the digital power magazine to be romoved prior to operation and downloads. The Dataport Download Cable is specifically designed to plug into the TASER® X-26 ECD via the battery and connects to a PC using USB port. This cable allows for the upload of firing data from the X26E ECD to Evidence.com via Online SYNC or download of firing data to a local computer via Offline SYNC software is supported by Windows® 98se, NT, 2000, XP, Vista and Windows 7® both 32 and 64 bit compatible<br><br>• Data collected is in standard format and able to load directly into Microsoft Excel, Word or any other formats that allow integration of data<br>• TASER® X-26 data can be uploaded to Evidence.com or any other secure data storage for court retrieval evidence if necessary<br>• Software supports time and date stamp, duration of applied CEW force and serial number identification of CEW weapon used and recorded<br>• Software has security levels for administrative access use only, or standard operation and maintenance support<br>• Multiple units can be listed on one single agencies database with individual serial number identification of CEW's in inventory<br>• Utilizes standard PC 2.0 USB connection for Data download and initial program setup. |

| | | |
|---|---|---|
| **Standard Warranty & Extended Warranty Options:** | • Warrants free from defect in workmanship and materials for a period of 1 year from date of receipt<br>• Failure to provide ALL required warranty return information will NOT result in any further delay for replacement item<br>• PhaZZer® manufactured accessories are covered under a 1 year warranty from the date of receipt<br>• Broken blast doors on ammunition cartridges ARE covered under warranty<br>• Optional extended warranty may be purchased during POS or anytime during the standard 1-year warranty period<br>• The extended warranty does not cover battery replacement<br>• The replacement product will have the remaining warranty period of the original product or 90 days from the date of replacement whichever period is longer<br>• PhaZZer® does not void its warranty if a non-PhaZZer® manufactured cartridge is used in any/all PhaZZer® CEWs.<br>• PhaZZer® extended 2-year warranty comes at a cost of $95; whereas, TASER® charges $80 for a 1-year warranty. | • Warrants free from defect in workmanship and materials for a period of 1 year from date of receipt<br>• Failure to provide ALL required warranty return information may result in a delay of 12 weeks or more for replacement item<br>• TASER®-manufactured accessories are covered under a limited 90-DAY warranty from the date of receipt<br>• Broken blast doors on ammo cartridges are NOT covered under warranty<br>• Optional extended warranty for X26 may only be purchased during the 1-year limited warranty period, however X2 optional extended warranty may be purchased at POS<br>• The extended warranty does not cover battery replacement<br>• A replacement product will have the remaining warranty period of the original product or 90 days from the date of replacement or repair, whichever period is longer<br>• Taser warranty does not apply with use of non-TASER® cartridges not manufactured by TASER |
| **Standard Warranty Repair Service:**<br><br>**Ammunition Warranty** | • NONE<br>• **No waiting period for warranty repair service, PhaZZer® will replace defective unit with a brand new or refurbished unit within 48 hours of received defective product return.**<br><br>PhaZZer® offers a full five year replacement warranty from the date of production on all ammunition cartridges in the case it is defective for any reason.<br><br>The production date is identified in the serial number located on the bottom of each cartridge. PhaZZer® suggests that potential customers check with country, state, and local laws pertaining to possession and usage of CEWs. | • Warranty repair service requires 7-10 day processing<br>• Failure to provide required warranty return information may result in a delay of 12 weeks or more for repaired item return. |
| **Evidence Gathering** | Phazzer RailCam police and law enforcement video system is an audio-video recording camera with its own internal rechargeable battery capable of external recharge from either 12v vehicle or mains (110v to 240v AV 50Hz) power supply via USB 2.0 cable (supplied) downloading directly into laptop or desk PC.<br><br>Phazzer RailCam slides onto the top rail of any Phazzer Enforcer securely locking into position<br><br>Phazzer RailCam activates by simply pushing up for ON and the power switch is completely independent from the CEW's own ON/OFF functions with 90mins recording on a 8GB Mini SDHC card  | The TASER® CAM® police and law enforcement video system is an audio-video recording camera integrated into a rechargeable TASER® X26 power supply that replaces the standard Digital Power Magazine (DPM) battery pack.<br><br>The TASER® CAM® audio video recorder is activated any time the safety is in the off position "ARMED". This allows officers to capture vital audio and video information prior to, during, and after the potential deployment of an X26 ECD.<br><br>**Cannot** be operated independently from the TASER® X 26 switch  |

All PhaZZer® Enforcer ammunition is compatible with all PhaZZer® CEWs, and TASER® X26® P & E models and M26® models of electronic control devices. All PhaZZer® weapons & ammunitions are certified by the ATF as non-firearms due to the propellant of compressed Nitrogen (N2 1700 psi), as it is not a gunpowder based propellant. The possibilities are endless for detention facilities in their everyday needs of containment and control.



## PhaZZer Electronics, Inc.
808 N. Hoagland Blvd.
Kissimmee, FL 34741
United States of America
Tel: 855-PHAZZER (742-9937)

Jason Abboud
**CEO/General Counsel**
Legal@phazzer.com
Direct: 402-734-7800
Skype: jdabboud

Diana Barbara Robinson
**Customer Service & Human Resources**
barb@phazzer.com
Direct: 402-913-6035
402-669-6789
Skype: Diana.Wiggs3

Kirk French
**President**
Email: kirk@phazzer.com

P Robert Ladoczky Jr
**National LE Sales and Training Manager**
rob@phazzer.com
Direct: 407-832-3556
Skype: PhazzerRob

Brandon Womack & Chief Jim Lauria
Directors of Training
**PhaZZer Training Group, LLC.**
139 S. McDonald St
McDonald, PA 15057
United States of America
Email: training@phazzer.com
Direct: 412 438 3050
Skype: PhazzerTraining

Steve Abboud
**International Sales & Product Development**
steve@phazzer.com
Direct: 402-813-0369
Skype: Phazzer1



Copyright 2014 PhaZZer Electronics, Inc. All Rights Reserved.
"Phaser® is a registered Trademark of CBS Studios Inc. Our Website and our merchandise is not endorsed, sponsored by or affiliated with CBS Studios or the STAR TREK™ franchise"
"PhaZZer® is a registered Trademark of PhaZZer IP, LLC"
"TASER® is a registered Trademark of TASER International, Inc. Any information mentioned on this document or our Website is for reference purposes only and not sponsored by or affiliated with the TASER® brand"