UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TASER INTERNATIONAL, INC.,                   CASE No. 6:16-cv-366-Orl-40KRS

        Plaintiff,

vs.

PHAZZER ELECTRONICS, INC. and SANG MIN INTERNATIONAL CO., LTD,

        Defendants.
_____/

**DEFENDANT'S, PHAZZER ELECTRONICS, INC., CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

This Certificate of Interested Persons and Corporate Disclosure Statement is filed on behalf PHAZZER ELECTRONICS, INC., a Delaware Corporation, in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure and the Order of the US District Court for the Middle District of Florida, a nongovernmental corporate party to an action in a district court must file a statement that identifies:

    1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Phazzer Electronics, Inc.**

    W. Cleveland Acree, II, Esq.

Quintairos, Prieto, Wood & Boyer, PA

Phazzer Electronics, Inc. has no parent company, and no publicly-traded company owns 10% or more of its stock.

**Taser International, Inc.**

Counsel for Taser International, Inc.

**Sang Min International Co., Ltd.**

Counsel for Sang Min International Co., Ltd.

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None currently known.

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None currently known.

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None currently known.

5. I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 11th day of July, 2016.

                                  By:    /s/ W. Cleveland Acree, II_____
                                          W. Cleveland Acree, II
                                          Fla. Bar No. 739359
                                          Quintairos, Prieto, Wood & Boyer, P.A.,
                                          255 South Orange Avenue, Suite 900
                                          Orlando, Florida 32801
                                          Tel: 407-872-6011
                                          Fax: 407-872-6012
                                          E-mail: cacree@qpwblaw.com
                                          *Attorneys for Defendant Phazzer*
                                          *Electronics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2016, I presented the foregoing DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

>Michael J. Roper, Esquire
>Bell & Roper, P.A.
>2707 E. Jefferson Street
>Orlando, FL  32803
>
>D. Lawrence Letham, Esq.
>Letham Law Firm, LLC
>9855 E. Southern Avenue #51390
>Mesa, Arizona   85208

>*/s/ W. Cleveland Acree, II*
>W. Cleveland Acree, II