**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TASER INTERNATIONAL, INC.,

    Plaintiff,

v.                                                                                    Case No:  6:16-cv-366-Orl-40KRS

PHAZZER ELECTRONICS, INC. and
SANG MIN INTERNATIONAL CO.,
LTD.,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon review of Defendant's, Phazzer Electronics, Inc., Amended Motion to Stay Case Pending Examination (Doc. 44) filed September 14, 2016, wherein Phazzer requests a stay pending a determination on the *ex parte* reexamination before the United States Patent and Trademark Office ("USPTO"); Plaintiff's Opposition to Defendant Phazzer Electronics' Amended Motion to Stay (Doc. 46); and Plaintiff's Supplement to its Opposition to Defendant Phazzer Electronics' Amended Motion to Stay (Doc. 52).  Attached to Plaintiff's Supplement (Doc. 46), is the USPTO's October 28, 2016, Order suspending the cancellation action "until the civil action at issue is considered to have been finally determined, that is, when a decision on the merits of the case has been rendered, and no appeal has been filed in regard thereto, or all appeals filed have been decided." (Doc. 52-1, p. 2).  As the USPTO has suspended the cancellation action, Phazzer's Amended Motion to Stay Case Pending Examination (Doc. 44), is moot.

Accordingly, it is **ORDERED** that Defendant's, Phazzer Electronics, Inc., Amended Motion to Stay Case Pending Examination (Doc. 44) is **DENIED as moot**.

**DONE AND ORDERED** in Orlando, Florida on November 3, 2016.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties