# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TASER INTERNATIONAL, INC.,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**Case No: 6:16-cv-366-Orl-40KRS**

**PHAZZER ELECTRONICS, INC., SANG MIN INTERNATIONAL CO., LTD. and DOUBLE DRAGON DEVELOPMENT AND TRADING CORPORATION,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S SECOND MOTION TO COMPEL DOCUMENTS (Doc. No. 94)**
>
> **FILED:** **February 20, 2017**

Plaintiff served Defendant Phazzer Electronics, Inc. ("Phazzer") with requests for production of documents in August 2016, including requests for documents showing sales and profits (Requests 15, 16, 19, 20, 23, 24, 62, and 63). Phazzer originally objected based on confidentiality. As a result, the parties entered a confidentiality agreement that addressed Phazzer's confidentiality objections. Phazzer then produced a single-page summary of sales, but failed to produce the source documents, such as invoices. After Plaintiff threatened to file a motion to compel, Phazzer produced redacted invoices. Plaintiff now moves to compel production of unredacted documents responsive to Requests 15, 16, 19, 20, 23, 24, 62, and 63.

- 2 -

Plaintiff filed its motion to compel on February 20, 2017. Under Local Rule 3.01(b) and Federal Rule of Civil Procedure 6, Phazzer's response was due on March 6, 2017.[1] That deadline has passed, and, at the time of the writing of this Order, Phazzer has not filed a response. Thus, the Court considers Plaintiff's motion to be unopposed, and it is **GRANTED**.

Accordingly, it is **ORDERED** that, on or before March 20, 2017, Phazzer shall produce for inspection and copying all documents in its possession that are responsive to Requests 15, 16, 19, 20, 23, 24, 62, and 63. To the extent that Phazzer has documents responsive to Requests 15, 16, 19, 20, 23, 24, 62, or 63 that have not yet been produced (including the source documents used to create summary documents previously produced and documents showing pricing details), Phazzer shall produce those documents. Phazzer shall produce all documents in unredacted form. No additional objections may be raised to the production.

**DONE** and **ORDERED** in Orlando, Florida on March 9, 2017.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

[1] Effective December 1, 2016, Rule 6 no longer allows for an additional 3 days to respond to papers served via electronic filing, such as Plaintiff's motion to compel. *See* Fed. R. Civ. P. 6(d).