**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TASER INTERNATIONAL, INC.,**

    **Plaintiff,**

**v.**                                                         Case No:   6:16-cv-366-Orl-40KRS

**PHAZZER ELECTRONICS, INC.,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **TASER'S MOTION FOR A DISCOVERY CONFERENCE (Doc. No. 135)**
>
> **FILED:**      **May 19, 2017**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

The Court will enter hearing notice by separate docket entry.

**DONE** and **ORDERED** in Orlando, Florida on May 22, 2017.

                                                                 *Karla R. Spaulding*
                                                                  KARLA R. SPAULDING
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Court recognizes that this motion is opposed but does not require the benefit of a response.