IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC. | ) | Case No. 6:16-cv-00366-40KRS |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| PHAZZER ELECTRONICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

FILED 2017 AUG -9 PM 2:59

EMERGENCY MOTION FOR TEMPORARY SPECIAL ADMISSION TO PRACTICE

Comes now Robert B. Creager, attorney at law, and pursuant to Local Rule 2.02(d) moves the Court for an order admitting counsel *instanter* to enter a limited special appearance on behalf of the Defendant Phazzer Electronics, Inc. and in support thereof, shows to the Court as follows:

1) That the undersigned is an attorney at law, license to practice law in State of Nebraska, and is admitted to practice in the United States District Court of the District of Nebraska, the Eighth Circuit Court of Appeal and the Seventh Circuit Court of Appeals.

2) That the undersigned in in good standing with each said court.

3) That the Defendant Phazzer is currently without counsel as present counsel had moved to withdraw from the case and has refused to undertake any further legal actions in this matter.

4) That on the July 21, 2017, this Court entered a judgment for sanctions against Phazzer Electronics, Inc. which included a judgment of default in favor the Plaintiff and against the Defendant on the merits of the Plaintiff's claim for patent infringement.

5) That an appeal of that decision to the United States Court of Appeals for the Federal Circuit must be filed by August 10, 2017 in order to perfect claims and defenses that arise in a related legal proceeding involving the same patent.

6) That there is insufficient time to engage new local counsel for the Defendant.

7) That the undersigned seeks special admission for the limited purpose of filing a Notice of Appeal which must be docketed by August 10, 2017.

8) That the undersigned has contacted David Fifner and attorney admitted to practice in this district to associate to file a written designation and consent to act in accordance with Local Rule 2.02(a)

WHEREFORE, Counsel prays for an order accordingly.

PHAZZER ELECTRONICS, INC.,
Defendant

/s/Robert B. Creager
Robert B. Creager # 15370
ANDERSON, CREAGER &
 WITTSTRUCK, P.C. LLO
1630 K Street
Lincoln, NE 68508
(402) 477-8800
bob@acwlaw.com
Attorney for Defendant Phazzer Electronics

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2017 I served this document to all parties in interest by electronic mail as follows:
Brian Gilchrist bgilchrist@allendyer.com
Ryan Santurri rsanturr@allendyer.com
D. Lawrence Letham LLetham@LethamLF.com
William B. Pringle, III wpb@pringlelaw.com

/s/ Robert B. Creager
Robert B. Creager, #15370