## Ryan Santurri

**From:** David Logan <dlogan@venjuris.com>
**Sent:** Thursday, August 03, 2017 9:59 PM
**To:** Ivo Foldyna
**Cc:** John Mascari
**Subject:** TASER v. Phazzer-Subpoena to Aegis Industries

Mr. Foldyna,

While we are not your counsel, the Notice document you reference does not appear to be a formal Subpoena. Indeed, for a Subpoena to be arguably effective, it has to be served, and Taser's counsel is asking you to voluntarily accept service, which you can chose to do, or not, based on the advice of your counsel. Your counsel may also elect to file a Motion to Quash if he considers any claimed Subpoena to be improperly served, in violation of applicable Rules, overbroad, or otherwise objectionable. However, as previously indicated, we do not represent you, or TaserTest, personally.

Nonetheless, as we have repeatedly stated, we do not represent Phazzer Electronics. It is a licensee of the trade name Phazzer, and operates as a separate entity from our client, Phazzer IP.
Indeed, the alleged Subpoena does not call for the production of any Phazzer IP documents, so it offers no impetus for you, or TaserTest, to break your confidentiality due our client. In fact, such a break would require a Court Order, but that does not seem necessary here.

What is paramount is that you maintain your obligations to Phazzer IP, beginning with the return of all property and documents regarding our client, in any manner, to our firm. As previously noted, you can use our FedEx account number to that end.

If you have separate documents regarding Phazzer Electronics, such as the invoices you referenced, your decision to disclose those, or not, to Taser's counsel rests with you and your attorney. However, that should have nothing to do with Phazzer IP. If it does in any manner we should obviously be consulted in advance.

A good example of this separation is your assignment of January 14, 2017, to Phazzer IP. All documents regarding that transaction, and any associated development work, is the property of Phazzer IP and should be returned to our firm as indicated above. These documents are certainly Confidential under the Nondisclosure & Confidentiality Agreement, and their disclosure to any third-party is not authorized. However, since they are not Phazzer Electronic's documents, your compliance with this Agreement is not necessarily in conflict with the requests from Taser. As far as we know, one is an apple and one is an orange.

If there are specific Phazzer IP documents that you have questions about, please let us know. Otherwise, you are directed to ship us our client's property and documents, and then continue to comply with your nondisclosure obligations.

Sincerely,

A. David Logan
Venjuris, P.C.
1938 East Osborn Rd.
Phoenix, AZ 85016



Exhibit B

Tel: 602-631-9100
Fax: 602-631-4529
E-mail: dlogan@venjuris.com
www.venjuris.com

VENJURIS
INNOVATION COUNSEL
CAMPILLO LOGAN MEANEY PC

This electronic mail transmission contains information from the law firm of Venjuris, P.C., f/k/a Venable, Campillo, Logan & Meaney, P.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a by law. If you have received this message in error, please notify the sender immediately by telephone (602-631-9100) or by electronic mail at dlogan@venjuris.com.