# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TASER INTERNATIONAL, INC.,**

    **Plaintiff,**

**v.**                                                   **Case No:   6:16-cv-366-Orl-40KRS**

**PHAZZER ELECTRONICS, INC.,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR EXPEDITED ORDER TO SHOW CAUSE TO PHAZZER AND ITS REPRESENTATIVES FOR INTERFERING WITH THIRD-PARTY SUBPOENA COMPLIANCE (Doc. No. 194)**
>
> **FILED:**      **August 18, 2017**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

To the extent that counsel for Plaintiff is concerned about witness tampering, he should raise those concerns with the appropriate federal law enforcement authorities with jurisdiction over those matters. The motion cites no authority for the Court to address these complaints as part of a discovery dispute.

To the extent that counsel for Plaintiff wishes the Court to compel non-parties to comply with subpoenas, he should file a motion for that relief as provided for in Federal Rule of Civil

- 2 -

Procedure 45 and serve the motion on the noncompliant non-parties after conducting a good faith conference in an effort to resolve the motion without Court intervention.

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2017.

                                     *Karla R. Spaulding*
                                     KARLA R. SPAULDING
                                  UNITED STATES MAGISTRATE JUDGE