# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC., | § | |
| | § | CASE NO.: 6:16-cv-366-PGB-KRS |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PHAZZER ELECTRONICS, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| _____ | § | |

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record

I, ANDREW S. RAPACKE, of The Rapacke Law Group, P.A., am admitted or otherwise authorized to practice in this Court, and I hereby appear in this case as counsel for Defendant, PHAZZER ELECTRONICS, INC., and request all further papers filed in this case be henceforth provided to the undersigned.

Dated: August 22, 2017                     Respectfully Submitted,

By: /s/ Andrew S. Rapacke
Andrew S. Rapacke, Esquire
*Attorney for Defendant*
**THE RAPACKE LAW GROUP, P.A.**
**Florida Bar No: 0116247**
1836 N. Pine Island Road
Plantation, FL 33322
Telephone: (954) 533-4396
Facsimile:  (954) 206-0484
Email: andy@arapackelaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 22, 2017, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: <u>/s/ Andrew S. Rapacke</u>
Andrew S. Rapacke, Esq.
*Attorney for Defendant*