

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TASER INTERNATIONAL, INC.,   CASE No. 6:16-cv-366-Orl-40KRS

    Plaintiff,

vs.

PHAZZER ELECTRONICS, INC. and SANG
MIN INTERNATIONAL CO., LTD,

    Defendants.
_____/

**Unopposed Motion for Extension of Time to Respond to Motion for Contempt Against Steve Abboud, Pro Per**

Steven Abboud, pro per, hereby submits his Unopposed Motion for Extension of Time to Respond to Motion for Contempt [Doc. 202]. I have been in communication with counsel to Taser International, Inc. ("Taser"), and he consented to this extension through October 2, 2017. I respectfully request that the Court order this extension on Taser's consent.

Dated: September 27, 2017    Respectfully submitted,

By: /s/ Steve Abboud
Pro Per

339 Lancaster Dr
Davenport FL 33897
Tel: 402 813-0369

1