FILED

2017 SEP 28  AM 8:40

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TASER INTERNATIONAL, INC.,         CASE No. 6:16-cv-366-Orl-40KRS

    Plaintiff,

vs.

PHAZZER ELECTRONICS, INC. and SANG
MIN INTERNATIONAL CO., LTD,

    Defendants.
_____/

**Cross-Motion to Reconsider Order [Doc. 183]**
**Steve Abboud, Pro Per**

I hereby submit this Cross-Motion respectfully requesting that the Court reconsider its underlying Order [Doc. 183], which I have allegedly violated. However, not only do I deny any violation, I maintain that the Order is void, or at least needs to be clarified, for the reasons described in Exhibit 1 (as well as all the sub-Exhibits referenced in it). I respectfully request that the Court allow me, as a pro per on this Motion (but a non-party to the case), to adopt by reference all the arguments contain in Exhibit 1. There should be no claims of contempt against me, personally, for an Order that exceeds the Amended Complaint and statutory law, and is overbroad as identified in Exhibit 1.

Dated: September 27, 2017       Respectfully submitted,

                                               By: /s/ Steve Abboud
                                               Pro Per
                                               339 Lancaster Dr
                                               Davenport FL 33897
                                               Tel: 402 813-0369

1