Andrew S. Rapacke, Esquire
*Attorney for Defendant*
*Phazzer Electronics, Inc.*
**THE RAPACKE LAW GROUP, P.A.**
**Florida Bar No: 0116247**
1836 N. Pine Island Road
Plantation, FL 33322
Telephone: (954) 533-4396
Facsimile: (954) 206-0484
Email: andy@arapackelaw.com

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHAZZER ELECTRONICS, INC. *et al*, <br><br> Defendants. | **Case No.:  6:16-cv-366** |

**AGREED MOTION TO STRIKE DE 213**

Defendant Phazzer hereby moves to strike DE 213, filed by Stephen Abboud. This document fraudulently purports to have been approved by Rapacke Law Group, P.A. ("Rapacke"). Although the document contains revisions by Rapacke, Rapacke ultimately decided not to file the document. Rapacke never authorized that this document be filed under its name.

The document in question was originally drafted by another law firm at the behest of Stephen Abboud, who included Rapacke's name on it. (*See* Exhibit 1, Rapacke's Second Affidavit, ¶ 6). It was sent by Phazzer as a proposed draft to Rapacke on or about September 15, 2017. (Exh. 1, ¶ 5). Phazzer asked Rapacke to file this document on its behalf. After examining the document, Rapacke declined to file it as written. (Exhibit 1, ¶

1

5). Rapacke made several revisions to the document but ultimately decided, in light of recent court orders, not to file it. (Exhibit 1, ¶ 5).

Stephen Abboud, who is not a client of Rapacke and who is acting *pro se*, has now filed this document as his own motion, with Rapacke's name still appearing on it. [DE 213]. Abboud did not ask for Rapacke's authorization to file this document or to file it under Rapacke's name and would not have received such authorization if he had asked for it. (Exhibit 1, ¶ 10).

Abboud's submitting this document with Rapacke's name on it constitutes fraud and misrepresentation. Abboud's submission of this fraudulent document is a scandalous matter that will confuse the issues and may prejudice both Phazzer and its counsel. *Cf.* Fed. R. Civ. P. 12(f) (court may strike scandalous matters); *Reyher v. Trans World Airlines, Inc.*, 881 F. Supp. 574, 576 (M.D. Fla. 1995) (a matter may be stricken if it "has no possible relationship to the controversy, may confuse the issues, or otherwise prejudice a party."). Currently, Phazzer is faced with responding to the Plaintiff's motion for contempt [DE 202], which alleges that Phazzer has violated provisions of a permanent injunction. The document in question deals with other issues that are not appropriately before this Court at this time, such as the validity of the Taser patent and trademark that have been at issue in this case. (See Exhibit 1, ¶ 5). Abboud's motion only confuses the issues. Additionally, the filing of the document in question by Abboud falsely indicates that Phazzer and its counsel inappropriately raised such issues, subjecting them to possible sanctions. Abboud knew that Rapacke had declined to file the motion; therefore, his filing of the motion under Rapacke's name is an act of bad faith.

**WHEREFORE,** we ask that this Court grant this agreed motion and strike DE 213.

### CERTIFICATE UNDER LOCAL RULE 3.01(g)

Under Rule 3.01(g), Local Rules of the Middle District of Florida, the undersigned certifies that he contacted Mr. Ryan Santurri, counsel for Plaintiff, and that Mr. Santurri indicated that he <u>agrees</u> with this motion.

Dated: September 28, 2017     Respectfully submitted,

By: /s/ Andrew S. Rapacke
Andrew S. Rapacke, Esquire
*Attorney for Defendant*
**THE RAPACKE LAW GROUP, P.A.**
**Florida Bar No: 0116247**
1836 N. Pine Island Road
Plantation, FL 33322
Telephone: (954) 533-4396
Facsimile: (954) 206-0484
Email: andy@arapackelaw.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 28, 2017, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Andrew S. Rapacke
Andrew S. Rapacke, Esq.
*Attorney for Defendant*
