

**Order Date:** 2/22/2017
**Order Number #:** S.O.133549

**PhaZZer Electronics, Inc**
, FL
**855-742-9937**

| BILLING ADDRESS | SHIPPING ADDRESS |
|---|---|
| Ryan Santurri | Ryan Santurri |
| ADDMG | ADDMG |
| 255 S Orange Ave | 255 S Orange Ave |
| 1401 | 1401 |
| Orlando, FL 32801 - United States | Orlando, FL 32801 - United States |
| 4078412330 | |
| rsanturri@addmg.com | |

**Shipping Method:** Priority Mail
**Tracking Number:** 9410810298370104145322
**Shipped on:** 02/23/2017
**Payment Type:** Online Credit Card

**Total Items:** 7

| Item ID | Descriptions and Options | Price | Qty | Total |
|---|---|---|---|---|
| 1-DC21 | Phazzer 21' Dart Pro Cartridge Lime Green Blast Doors | USD $29.00 | 4 | USD $116.00 |
| 1-DPR | PhaZZer Enforcer Wireless Dataport Receiver | USD $300.00 | 1 | USD $300.00 |
| 1-EBLK-DP | PhaZZer Enforcer Complete Set - Black w/ Data Port | USD $745.00 | 2 | USD $1,490.00 |
| | | **SubTotal:** | | USD $1,906.00 |
| | | **Discount:** | | USD $0.00 |
| | | **Tax:** | | USD $0.00 |
| | | **Shipping:** | | USD $12.71 |
| | | **Total:** | | USD $1,918.71 |

**Checkout Questions**
Yes I have read the Terms and Conditions and I agree: