IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TASER INTERNATIONAL, INC.

    Plaintiff,

v.                                    Case No. 6:16-CV-366

PHAZZER ELECTRONICS, INC. et. al.

    Defendant,
_____/

## NOTICE OF APPEAL

Notice is hereby given that defendant, Phazzer Electronics, Inc. ("Defendant"), in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order granting plaintiff's, Taser International, Inc., Motion for Contempt and Supplement to Motion for Contempt, entered in this action on May 4, 2018 (D.E. 271).

Respectfully submitted,

Joseph A. Davidow
Florida Bar No. 65885
**WILLIS & DAVIDOW, LLC**
JDavidow@WillisDavidow.com
851 5th Avenue N., Suite 301
Naples, FL 34102-6753
Phone: (239) 465-0531
*Attorney for Defendant/Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4th, 2018, I electronically filed the foregoing Notice of Appeal with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record for plaintiff Taser International, Inc.

Respectfully submitted,

_____
Joseph A. Davidow
Florida Bar No. 65885
**WILLIS & DAVIDOW, LLC**
JDavidow@WillisDavidow.com
851 5th Avenue N., Suite 301
Naples, FL 34102-6753
Phone: (239) 465-0531
*Attorney for Defendant/Appellant*