# United States District Court

FILED

2018 JUN -4 PM 4:05

for the

MIDDLE District of FLORIDA ORLANDO DIVISION

TASER INTERNATIONAL, INC, Plaintiff,

v.  Case No. 6:16-cv-00366-40KRS

PHAZZER ELECTRONICS, Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Stephen Abboud (non-party subject of the Order) (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order finding civil contempt (from the final judgment) ((from an order) (describe the order)) entered in this action on May 4, 2018

/SS/Stephen Abboud
(pro per)

399 Lancaster Dr.
Davenport, FL 33897
402-813-0369
sabboudlegal@gmail.com

(Address of appellant or attorney and e-mail address)