UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:16-CV-366-Orl-40KRS

TASER INTERNATIONAL, INC.,

    Plaintiff / Judgment Creditor,

v.

PHAZZER ELECTRONICS, INC.,

    Defendant.
_____/

**NOTICE OF TAKING DEPOSITION DUCES TECUM
IN AID OF EXECUTION**

TO: Steven Michael Abboud a/k/a Joseph Paul Colabello
as Corporate Representative of Phazzer Global, Inc.
60 Seagate Drive
Apt. 307
Naples, FL 34103

Please be advised that at the offices of U.S. Legal Support, 5644 Tavilla Circle, Suite 101, Naples, FL 34110 on **Friday, November 16, 2018 at 9:00 a.m.**, Plaintiff will take the oral deposition of Steven Michael Abboud a/k/a Joseph Paul Colabello as corporate representative of PHAZZER GLOBAL, INC. in aid of execution before a notary public or some other officer duly authorized under Fed. R. Civ. P. 69. The deposition will continue from day-to-day until completed. This deposition is being taken for the purpose of discovery in aid of execution, in accordance with the Federal Rules of Civil Procedure, and you are required to attend and have with you at that time and place the items listed in the attached subpoena.

/s/: Jon Marshall Oden
JON MARSHALL ODEN, ESQ.
Florida Bar No. 0038172
WILLIS ODEN, PL
2121 S. Hiawassee Road, Suite 116
Orlando, FL 32835-8762
Phone: (407) 903-9939
Primary Email: joden@willisoden.com
Secondary Email: ddrake@willisoden.com
Attorney for Plaintiff/Judgment Creditor

cc: U.S. Legal Support, Court Reporter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF, which will send an electronic notice to all counsel of record.