**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TASER INTERNATIONAL, INC.,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　Case No:　6:16-cv-366-Orl-40KRS

**PHAZZER ELECTRONICS, INC.,**

    **Defendant.**

## ORDER TO STRIKE

This cause came on for consideration by the Court *sua sponte*.

Plaintiff filed two documents titled "Notice of Taking Deposition Duces Tecum in Aid of Execution" (Doc. Nos. 290 and 291) in the above-styled case. They fail to comply with the requirements of either the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida for the reason(s) listed below. Therefore, the documents are **ORDERED** stricken.

**Non-Filing of Deposition Notices:**

Notices of the taking of oral depositions shall not be filed with the Court as a matter of course (except as necessary to presentation and consideration of motions to compel); and transcripts of oral depositions shall not be filed unless and until requested by a party or ordered by the Court.　[Local Rule 3.03(c)]

**DONE** and **ORDERED** in Orlando, Florida on August 3, 2018.

                                                *Karla R. Spaulding*
                                              KARLA R. SPAULDING
                                  UNITED STATES MAGISTRATE JUDGE