# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PHAZZER ELECTRONICS, INC., <br><br> *Defendant*. | **Case No.: 6:16-cv-00366-PGB-LRH** |

## PLAINTIFF'S NOTICE OF BANKRUPTCY DISMISSAL

Please take notice that Defendant Phazzer Electronics, Inc.'s ("Phazzer") Chapter 7 filing in the U.S. Bankruptcy Court for the District of Delaware, Case No. 19-12281 (MFW), has been dismissed, with prejudice, as having been filed in bad faith. See Ex. 1 Order. Separately, the bankruptcy court clarified that the automatic stay imposed by 11 U.S.C. § 362(a)(1) when this bankruptcy petition was filed "only applied to efforts to collect a debt against the Debtor and did not apply at any time to any claim asserted or action taken against any non-debtor third party in pending litigation." See Ex. 2. With the dismissal, of course, the stay is now lifted in full.

Plaintiff TASER International, Inc. ("TASER") therefore requests that this Court now rule on the following pending motions, which are fully briefed:

1.  TASER's Motion for Order to Show Cause Re Criminal Contempt filed September 12, 2019 (Doc. 357). *See also* Phazzer Response (Doc. 358), Robinson Response (Doc. 359), Abboud Response (Doc. 360), and TASER Consolidated Reply (Doc. 366).

2.  TASER's Motion for Leave to File Proceedings Supplemental Complaint ("Motion for Leave") to implead non-debtor third parties filed October 21, 2019 (Doc. 376). Phazzer did

- 2 -

not respond, allegedly due to the bankruptcy stay, but it has no standing to object to this third-party motion in any event.

3. Phazzer's Motion to Recuse Judge Byron filed October 17, 2019 (Doc. 373). *See also* TASER Response (Doc. 381).

4. Phazzer's Motion to Reconsider Permanent Injunction and Damages Order and Renewed Stay Application filed October 17, 2019 (Doc. 374). *See also* TASER Reconsideration/Stay Response (Doc. 380).

Dated January 3, 2020

*/s/ Pam Petersen*
Pamela B. Petersen *(pro hac vice)*
Arizona Bar No. 011512
Axon Enterprise, Inc.
17800 N. 85th Street
Scottsdale, AZ, 85255
Phone: 623.326.6016
Facsimile: 480.905.2027
Email: ppetersen@axon.com
Email: legal@axon.com (secondary)

Ryan T. Santurri
Florida Bar No. 015698
Brian R. Gilchrist
Florida Bar No. 774065
Allen, Dyer, Doppelt & Gilchrist P.A.
255 South Orange Ave., Suite 1401
Orlando, FL 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343
Email: rsanturri@allendyer.com
Email: bgilchrist@allendyer.com

Jon M. Oden
Willis & Oden, PL
2121 S. Hiawassee Road, Suite 116
Orlando, FL 32835-8762
Telephone: (407) 903-9939
Facsimile: (407) 903-9929
Email: joden@willisoden.com

*Attorneys for TASER International, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2020 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's CM/ECF system upon all counsel of record in the above-captioned case.

*/s/ Pam Petersen*
Pamela B. Petersen
