# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Phazzer Electronics, Inc., | Case No. 19-12281 (MFW) |
| Debtor. | |

## ORDER CLARIFYING APPLICABILITY OF AUTOMATIC STAY

Upon consideration of TASER International, Inc. n/k/a Axon Enterprise, Inc.'s *MOTION TO DISMISS CHAPTER 7 PETITION OR, IN THE ALTERNATIVE, GRANT STAY RELIEF, TRANSFER VENUE, AND RESCHEDULE CREDITORS' MEETING*, and a hearing having been held by the Court, after sufficient notice to all parties concerned on the Motion and all objections thereto, and all objections having been overruled, and all premises considered,

**IT IS HEREBY ORDERED THAT:**

1. The Court hereby clarifies that the automatic stay imposed by 11 U.S.C. § 362(a)(1) when this bankruptcy petition was filed only applied to efforts to collect a debt against the Debtor and did not apply at any time to any claim asserted or action taken against any non-debtor third party in pending litigation.

2. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order.

3. This Order shall become effective immediately upon entry of this Order notwithstanding anything in the Federal Rules of Bankruptcy Procedure or otherwise to the contrary.

217774989v1

**Dated: January 2nd, 2020**
**Wilmington, Delaware**

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE