# EXHIBIT 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Phazzer Electronics, Inc., | Case No. 19-12281 (MFW) |
| Debtor. | |

## ORDER APPROVING MOTION TO DISMISS WITH PREJUDICE

Upon consideration of TASER International, Inc. n/k/a Axon Enterprise, Inc.'s *MOTION TO DISMISS CHAPTER 7 PETITION OR, IN THE ALTERNATIVE, GRANT STAY RELIEF, TRANSFER VENUE, AND RESCHEDULE CREDITORS' MEETING*, and a hearing having been held by the Court, after sufficient notice to all parties concerned on the Motion and all objections thereto, and all objections having been overruled, and all premises considered,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss, with prejudice, is hereby granted.
2. For the reasons more fully set forth at the December 17, 2019 hearing, the Court finds that this Chapter 7 corporate case involves a two-party dispute with minimal, if any, assets that was filed in bad faith.
3. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order.
4. This Order shall become effective immediately upon entry of this Order notwithstanding anything in the Federal Rules of Bankruptcy Procedure or otherwise to the contrary.

**Dated: January 2nd, 2020**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Laurie | Date Created: 1/2/2020 |
| Case: 19−12281−MFW | Form ID: pdfodc | Total: 17 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| tr | David W. Carickhoff | dcarickhoff@archerlaw.com |
| aty | Brian A. Sullivan | bsullivan@werbsullivan.com |
| aty | Pamela B Petersen | ppetersen@axon.com |
| aty | Robert I. Masten, Jr. | rmastenlaw@gmail.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Phazzer Electronics, Inc | 207 South Cedar Street | Hooper, NE 68031 | |
| 14233388 | Axon Enterprise, Inc | fka Taser International, Inc. | 17800 N 85th St | Scottsdale, AZ 85255 |
| 14233399 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 |
| 14233389 | Hoagland Partners | 101 Park Place Blvd, Ste 3 | Kissimmee, FL 34741 | |
| 14233390 | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 14233391 | Kambio Corp | 16400 NW 59th Ave Fl 2 | Hialeah, FL 33014 | |
| 14233392 | Nebraska Dept. of Revenue | PO Box 98912 | Lincoln, NE 68509 | |
| 14233393 | Ryan Thomas Santurri, Esq | Allen, Dyer, Doppelt & Gilchrist, PA | 255 S. Orange Ave, Ste 1401 | PO Box 3791    Orlando, FL 32801 |
| 14233394 | Sage Group PLC | 12120 Sunset Hills Road | Reston, VA 20190 | |
| 14233398 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801−0820 |
| 14233395 | Wells Fargo | Payment Remittance Center | PO Box 51174 | Los Angeles, CA 90051 |
| 14233396 | Willis & Davidow, LLC | 9015 Strada Stell Ct | Ste 106 | Naples, FL 34109 |

TOTAL: 12