# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TASER INTERNATIONAL, INC.,

    Plaintiff,

v.                                                                    Case No:   6:16-cv-366-PGB-LHP

PHAZZER ELECTRONICS, INC.,
STEVEN ABBOUD, PHAZZER IP,
LLC and PHAZZER GLOBAL
CORPORATION,

    Defendants

___

### ORDER AND INSTRUCTION TO PLAINTIFF'S COUNSEL

On August 23, 2023, Plaintiff filed four motions for sanctions against Impleaded Defendants Steven Abboud, Phazzer Global Corporation, Phazzer IP, LLC and Diana Robinson, and former counsel for Abboud and Phazzer Global, Joelle Bordeaux.  Doc. Nos. 719-722.  Each of the Impleaded Defendants is currently unrepresented, and Attorney Bordeaux withdrew as counsel in this case on August 14, 2023.  *See* Doc. Nos. 715, 717, 723.

Federal Rule of Civil Procedure 5 governs service of pleadings filed after the original complaint, and provides the methods by which an unrepresented party may be served.  *See* Fed. R. Civ. P. 5(b)(2).  However, none of the Certificates of

Service attached to the sanctions motions establish that the service requirements of Rule 5(b)(2) have been met for any of the Impleaded Defendants or for Attorney Bordeaux.  Specifically, Plaintiff has not established that service via email and/or via the Court's CM/ECF system is sufficient to satisfy Rule 5(b)(2).

Accordingly, on or before Tuesday, August 29, 2023, Plaintiff shall properly serve the motions as required by Fed. R. Civ. P. 5(b)(2) upon each of the Impleaded Defendants, and upon Attorney Bordeaux (who the Court treats at present as an unrepresented party).  By that same deadline, Plaintiff shall file a notice with the Court stating that service has been properly made, and the method by which service was effectuated.   The fourteen-day response deadline set out in Local Rule 3.01(c), M.D. Fla., will run from the day Plaintiff files its notice of proper service.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2023.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties