# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TASER INTERNATIONAL, INC.,**

      **Plaintiff,**

v.                                                                       **Case No: 6:16-cv-366-PGB-LHP**

**PHAZZER ELECTRONICS, INC.,
STEVEN ABBOUD, PHAZZER
IP, LLC and PHAZZER GLOBAL
CORPORATION,**

      **Defendants.**

_____/

# ORDER

This cause is before the Court on Plaintiff Taser International, Inc.'s Motion for Summary Judgment on its Veil Piercing/Alter Ego Claim Against Defendant Abboud. (Doc. 767 (the "**Motion**")). Defendant Abboud failed to respond in opposition, and the time for doing so has expired. The Court has conducted an independent review of Plaintiff's Motion and finds it well-taken.[1] Accordingly, Taser's partial Motion for Summary Judgment is **GRANTED**.

Therefore, it is **ORDERED** as follows:

---

[1] Under Federal Rule of Civil Procedure 56, summary judgment is appropriate "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986); *see also* FED. R. CIV. P. 56(a). At the summary judgment stage, the Court must view the evidence in the light most favorable to the nonmovant, *see Adickes v. S.H. Kress & Co.*, 398 U.S. 144, 158–59 (1970), and it may not weigh conflicting evidence to resolve disputed factual issues, *see Skop v. City of Atlanta*, 485 F.3d 1130, 1140 (11th Cir. 2007).

1. The Motion for Partial Summary Judgment (Doc. 767) is **GRANTED**;

2. The Court **FINDS** that there is no genuine dispute of material fact that Defendant Steven Abboud dominated and controlled Phazzer Electronics, Inc., Phazzer Electronics was formed and used for an improper purpose, and the improper use of the corporate form caused injury; and

3. The Court **FURTHER FINDS** the corporate veil is properly pierced, and Defendant Steven Abboud is personally liable to the same extent as judgment debtor Phazzer Electronics, Inc.

**DONE AND ORDERED** in Orlando, Florida on January 9, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties